# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-19-185-SLP |
| ) | |
| CASEY LYNN CAIRNS, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Before the Court is a letter from Defendant Casey Lynn Cairns in which she seeks early termination of her period of supervised release [Doc. No. 3]. Neither the Government nor the U.S. Probation Office opposes the requested relief. *See* Resp., Doc. No. 8. Upon review of Defendant's request and the Government's response, as well as consideration of the relevant factors in 18 U.S.C. § 3553(a), the Court finds that Defendant's request should be granted. *See* 18 U.S.C. § 3583(e)(1).

IT IS THEREFORE ORDERED that Defendant's request for an early termination of her period of supervised release is GRANTED and Defendant's term of supervised release is terminated as of the date of this Order. Defendant is discharged from supervision.

IT IS SO ORDERED this 26th day of May, 2020.

*[signature]*
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE